UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW A. TOBIN,

     Plaintiff,

v.                            Case No. 3:25cv69-TKW-HTC

RICKY DIXON,

     Defendant.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 5).  In response to the R&R, Plaintiff filed a "Motion to Retitle" (Doc. 6) asking the Court to "retitle the answer to the order, Document 4, filed 6 March 2025 to an objection to the Report and Recommendation, Document 5, filed 27 March 2025."

The docket does not include an "answer" to the magistrate judge's March 6 Order, but the "Motion to Retitle" refers to the document that accompanied the complaint as the "answer."  The Court reviewed that document (Doc. 1-1), but finds that it does not address the grounds for dismissal identified by the magistrate judge in the R&R.  Indeed, even after reviewing that document, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to prosecute and failure to comply with court orders.

1

Accordingly, it is **ORDERED** that:

1.      The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2.      This case is DISMISSED without prejudice for failure to prosecute and failure to comply with court orders.

3.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 18th day of April, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**